# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

Direct Number: (212) 326-3682
klyons@jonesday.com

April 30, 2021

**MEMO ENDORSED**

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Shira Manne v. Experian Information Solutions, et al.,* Case No. 1:20-cv-10617-VEC (S.D.N.Y.)

Dear Judge Caproni:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request an adjournment of the pre-trial conference currently scheduled for May 7, 2021 at 10:00 A.M.

Counsel for Experian is seeking an adjournment of the pre-trial conference due to the death of an immediate family member. Experian and Plaintiff (together, the "Parties") respectfully request that the Court reschedule the pre-trial conference for May 14, 2021.

There have been no prior extensions or adjournments of conference dates in this matter and Plaintiff consents to Experian's adjournment request.

The Parties thank the Court in advance for its consideration.

Respectfully submitted,

*/s/ Kayasha B. Lyons*
Kayasha B. Lyons

---

Application GRANTED. The pretrial conference is adjourned to **May 14, 2021 at 1:00 p.m.** The parties' joint letter is due by **May 6, 2021.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 0078.

SO ORDERED.

*[signature: Valerie Caproni]*
4/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON